IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Misc. No. 20-213 |
| MICHAEL E. HUGHES | ) | |
| PA Attorney ID 93958 | ) | |
| | ) | |

## **ORDER TO SHOW CAUSE**

On May 27, 2020, an *Order* was entered by the Supreme Court of Pennsylvania holding that Michael E. Hughes is disbarred on consent from the Bar of this Commonwealth. A review of this Court's case records indicate that Mr. Hughes has entered his appearance in four (4) pending cases, as shown on the attached.

**AND NOW**, this 12th day of June, 2020, it is hereby **ORDERED, ADJUDGED AND DECREED** that an *Order to Show Cause* is issued against **Michael E. Hughes, Esq.** to personally appear **telephonically** at a hearing scheduled for **July 16, 2020 at 3:00 p.m.**, and shall make arrangements to appear via CourtCall as directed by Chief Judge Böhm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance, at which time Mr. Hughes shall show cause why he should not also be suspended from practice in the United States Bankruptcy Court for the Western District of Pennsylvania. A representative of the Office of the U.S. Trustee shall appear telephonically at the hearing to make a recommendation as to what actions should be taken by this Court.

dmk
Carlota M. Böhm, Chief Judge
United States Bankruptcy Court

FILED
6/12/20 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Administrator to Serve:
Michael E. Hughes, Esq.
Office of the United States Trustee.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Hughes, Michael E. (aty) | 15-23881-GLT | Jeffrey Polito | 13 | 10/23/15 | N / A |
| Hughes, Michael E. (aty) | 17-20869-GLT | Jody Lynn Salzano | 13 | 03/07/17 | N / A |
| Hughes, Michael E. (aty) | 17-23971-GLT | Pamela L. Silvester | 13 | 10/03/2017 | N / A |
| Hughes, Michael E. (aty) | 18-23270-JAD | 6 Degrees Consulting, Inc. | 11 | 08/16/2018 | N / A |